Trinidad **SANCHEZ–ESCARENO,**
Petitioner,

v.

**IMMIGRATION & NATURALIZATION SERVICE, Respondent.**

No. 79–7200.

United States Court of Appeals,
Ninth Circuit.

July 19, 1982.

SIERRA PACIFIC POWER
COMPANY, Petitioner,

v.

FEDERAL ENERGY REGULATORY
COMMISSION, Respondent.

No. 80–7453.

Francisco J. Barba, San Francisco, Cal.,
for petitioner.

Chester J. Halicki, Washington, D. C.,
argued, for respondent; James P. Morris,
Lauri Steven Filppu, Washington, D. C., on
brief.

## ORDER

Before TANG and PREGERSON, Circuit
Judges, and KELLEHER,* District Judge.

Petitioner, Trinidad Sanchez-Escareno,
appeals from the decision of the Bureau of
Immigration Appeals (BIA) affirming a voluntary departure order.

Sanchez relies on an injunction issued in
the class action case of *Silva v. Bell*, 76 C
4268 (N.D.Ill. Oct. 10, 1978) to support his
argument that he should not be deported.
Petitioner was a member of the class originally protected by the *Silva* injunction.
Since the BIA decision in this case, the
*Silva* injunction has been dissolved. *See
Silva v. Smith*, No. 76 C 4268 (N.D.Ill. Dec.
18, 1981) (order dissolving injunction).
Thus, Petitioner's argument based on *Silva*
is now moot. *DeFunis v. Odegaard*, 416
U.S. 312, 94 S.Ct. 1704, 40 L.Ed.2d 164
(1974).

Petitioner raises several constitutional
objections to the INS deportation order.
We find, however, that petitioner's constitutional arguments are meritless.

The petition for review, as to the *Silva*
issue, is dismissed as moot. Petitioner's
other arguments being without merit, the
deportation order is affirmed.

IT IS SO ORDERED.

* Honorable Robert J. Kelleher, United States
District Judge for the Central District of California, sitting by designation.